**CRIMINAL COMPLAINT**
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Elver Eligio Aguilar-Cruz**<br>DOB: 2002; Citizen of Guatemala | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>25-05642MJ |

Complaint for violation of Title 8, United States Code §§ 1324(a)(1)(A)(ii) & 1324(a)(1)(B)(i); 1325; 18 USC § 3

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT 1 (Felony)** On or about February 7, 2025, in the District of Arizona, **Elver Eligio Aguilar-Cruz**, knowing or in reckless disregard that certain aliens, including Jesus Eduardo Perez-Nino and Jonatan Sandoval-Aquino, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**COUNT 2 (Misdemeanor)** On or about February 7, 2025, in the District of Arizona, **Elver Eligio Aguilar-Cruz**, knowing that certain illegal aliens, including Jesus Eduardo Perez-Nino and Jonatan Sandoval-Aquino, had entered the United States at a time or place other than as designated by immigration officers, did knowingly assist them so that they would not be apprehended by law enforcement by transporting them in a vehicle; in violation of **Title 8, United States Code, Section 1325(a)(1)** and **Title 18 United States Code, Section 3**.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On February 7, 2025, in the District of Arizona (Three Points), Border Patrol Agents (BPAs) and Homeland Security Investigations (HSI) Special Agents (SAs) were conducting a joint highway enforcement operation targeting illicit smuggling activities on the Tohono O'odham Nation (TON). At approximately 1:31 p.m., BPAs observed a silver Toyota Rav4 with lightly tinted windows and a single male occupant wearing dark clothes traveling westbound on State Route (SR) 86. BPAs ran a registration check and learned the vehicle was registered to a rental car company. BPAs noted that rental vehicles are commonly used to smuggle Illegal Aliens (IAs). BPAs and SAs monitored the vehicle as it made its way onto the TON and at approximately 1:58 p.m., BPAs observed the vehicle traveling westbound on SR 86 then regained visual of the vehicle now traveling back eastbound at approximately 2:01 p.m. and reported the quick turnaround to other BPAs and SAs in the area. At approximately 2:06 p.m., SAs observed the vehicle traveling eastbound on SR 86 near mile marker 125.5 and they began following the vehicle. While following the vehicle, SAs paced the vehicle and observed the vehicle begin to travel approximately 80 miles per hour in a 65 mile per hour zone. SAs then initiated a vehicle stop at approximately 2:10 p.m. and observed two subjects begin to move around in the rear seats. The vehicle then yielded near mile marker 131 on SR 86 where SAs observed all four doors of the vehicle open and where four subjects exited the vehicle and began running south. The driver of the vehicle, later identified as **Elver Eligio AGUILAR-Cruz**, was observed exiting the vehicle wearing a black hooded sweatshirt with a tan bag around his chest. The three passengers were observed wearing camouflage clothing. SAs approached the vehicle where they located a fifth subject inside the trunk area of the Rav4.
**Continued on next page.**

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Jesus Eduardo Perez-Nino and Jonatan Sandoval-Aquino

| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br>*/s/*<br>OFFICIAL TITLE & NAME:<br>U.S. Border Patrol Agent |
|---|---|
| Sworn by telephone  X<br>SIGNATURE OF MAGISTRATE JUDGE[1])<br>*/s/ Lynnette C. Kimmins* | DATE<br>February 10, 2025 |

1) See Federal rules of Criminal Procedure Rules 3 and 54
Reviewing AUSA: Enderle

**Continued from front page.**

BPAs and SAs began tracking operations and at approximately 3:25 p.m., agents were successful in locating and apprehending three subjects which included **AGUILAR**, and two subjects dressed in camouflage. BPAs conducted an immigration inspection on all subjects and determined **AGUILAR** to be a citizen of Guatemala. The three passengers apprehended, to include Jesus Eduardo Perez-Nino and Jonatan Sandoval-Aquino, were determined to be citizens of Mexico, illegally present in the United States. Records checks revealed that Jesus Eduardo Perez-Nino and Jonatan Sandoval-Aquino do not possess the proper documentation to enter, pass through or remain in the United States legally.

Material witness Jesus Eduardo Perez-Nino stated he is a citizen of Mexico, and he illegally crossed into the United States alone but met up with the other subjects in his group several days later. Perez stated they reached an unknown location where a subject from his group called and arranged a ride. Perez stated a grey Toyota arrived and his group entered the vehicle and described the driver as wearing a dark shirt, jeans, and having a beard. Perez stated they drove for approximately 30 minutes before they were pulled over where all the occupants of the vehicle ran and attempted to evade arrest.

Material witness Jonatan Sandoval-Aquino stated he is a citizen of Mexico, and he paid $1,000 to be smuggled into the United States. Sandoval stated he illegally crossed into the United States alone and walked for several days before meeting up with the rest of his group. Sandoval stated one subject in his group was able to arrange a vehicle to pick them up. Sandoval stated his group was picked up by a subject driving a grey Toyota and they drove for approximately 20 minutes before being pulled over where they fled on foot.

After waiving his *Miranda* rights, **AGUILAR** stated he traveled from Trenton, New Jersey to Phoenix, Arizona for the sole purpose of picking these people up. **AGUILAR** stated he had received a friend request on Facebook and this subject asked him if he was interested in picking people up in Arizona to which **AGUILAR** agreed. **AGUILAR** stated he did not make a solid agreement with this subject as to how much he would be paid for the trip but claimed he would be paid upon delivering the people he picked up at a Circle K gas station in Tucson, Arizona. **AGUILAR** admitted to being the driver of the vehicle and acknowledged the rental vehicle was rented under his name. **AGUILAR** stated when he received the pin location for the pickup, he had a belief the people he was going to pick up were IAs. **AGUILAR** stated the subjects he picked up were all wearing camouflage clothing and stated he knew alien smuggling is a crime.